Commonwealth *v.* Goods, Appellant.

Submitted September 10, 1973. *Jay S. Gottlieb,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Green, Appellant.

Argued September 19, 1973. *David Kanner,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.